Robins Kaplan LLP
Michael F. Ram (SBN 104805)
mram@robinskaplan.com
Susan S. Brown (SBN #287986)
sbrown@robinskaplan.com
2440 West El Camino Real, Suite 100
Mountain View, CA 94040
Telephone:   650 784 4040
Facsimile:    650 784 4041

Epps Holloway DeLoach & Hoipkemier, LLC
Adam L. Hoipkemier *[Admitted Pro Hac Vice]*
adam@ehdhlaw.com
Kevin E. Epps *[Admitted Pro Hac Vice]*
kevin@ehdhlaw.com
1220 Langford Drive, Bldg. 200
Watkinsville, GA 30677
Telephone:   706 508 4000
Facsimile:    706 842 6750

*Attorneys for Plaintiff and Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PETERS, individually and on behalf of all others similarly situated<br><br>Plaintiff(s)<br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant(s). | Case No. 3:17-cv-04367-JST<br><br>STIPULATION TO ENLARGE TIME FOR PLAINTIFF TO RESPOND TO MOTIONS AND EXTEND REPLY TIME AND CONTINUE CMC |

Pursuant to Local Rule 6-2, Plaintiff Michael Peters ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") respectfully submit the following Stipulation to Enlarge the Time for Plaintiff to respond to Defendant Wells Fargo Bank's Motion to Transfer Venue, Motion to Dismiss Plaintiff's First Amended Complaint, and Motion to Strike Plaintiff's Amended Complaint ("Motions"), to provide a date for Defendant's Replies in Support of those Motions, and to reschedule the Case Management Conference for the same date as the hearings on the pending Motions.

# RECITALS

WHEREAS, Defendant filed its Motions on September 20, 2017;

WHEREAS, Plaintiff's current deadline to respond to all motions pursuant to the Local Rules is fourteen (14) days after the notice of motions were filed, or October 4, 2017;

WHEREAS, Plaintiff and his counsel require additional time to evaluate and analyze the motions and to prepare responses;

WHEREAS, Defendant and its counsel anticipate requiring additional time to evaluate Plaintiff's oppositions and prepare responses;

WHEREAS, the Case Management Conference is currently set for November 8, 2017 (D.E. 10);

WHEREAS, the hearing on the motions is currently set for December 7, 2017 and accordingly, the stipulated extensions of time will not alter the date of any event or deadline already fixed by Court order. No party will be prejudiced by the short extensions;

WHEREAS, in order to consolidate travel and convenience of the Parties and Court, the Parties agree that the Case Management Conference be set for December 7, 2017, the same day as the Motions are scheduled for argument.

# STIPULATION

THEREFORE, subject to Court approval, the Parties agree through their respective attorneys to the following:

1. Plaintiff's time to respond to the three pending motions shall be extended three (3) weeks to October 25, 2017.

2. Defendant's replies to the three motions shall be due on November 13, 2017.

4. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

5. The Case Management Conference currently set for November 8, 2017 will be moved to the date and time of the motion hearings on ~~December 7, 2017.~~ December 14, 2017.

6. The motion hearings will be moved to December 14, 2017.

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: September 29, 2017                    Respectfully submitted,

Robins Kaplan LLP

By: /s/ Michael F. Ram
　　　Michael F. Ram
Robins Kaplan, LLP
2440 W El Camino Real, Suite #100
Mountain View, CA 94040

Adam Hoipkemier
Epps, Holloway, DeLoach &
Hoipkemier, LLC
6 Concourse Parkway #2920
Atlanta, Georgia 30328

*Attorneys for Plaintiff, Michael Peters*

/s/ K. Isaac DeVyver
K. Isaac DeVyver
McGuireWoods
Tower Two-Sixty
260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222-3142

*Counsel for Wells Fargo Bank, N.A*

SO ORDERED,

DATED: __October 3, 2017__  _____
United States District Judge