UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MICHAEL PETERS | CASE No C 17-04367-JST |
|---|---|
| Plaintiff(s) | |
| v. | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| WELLS FARGO BANK, N.A. | |
| Defendant(s) | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Private ADR** (*specify process and provider*)

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by: ~~7 months from the decision on the Motion to Dismiss~~

- ☐ the presumptive deadline (*90 days from the date of the order referring the case to ADR, unless otherwise ordered.*)
- ☒ other requested deadline:

Date: November __, 2017    /s/ Adam L. Hoipkemier
                            Attorney for Plaintiff

Date: November __, 2017    /s/ K. Issac deVyver
                            Attorney for Defendant

---

☐ IT IS SO ORDERED
☒ IT IS SO ORDERED WITH MODIFICATIONS: The ADR session deadline is August 13, 2018.

Date: November 30, 2017

U.S. DISTRICT/MAGISTRATE JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*